IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>  v.<br><br>JOHNSON,<br><br>        Defendant.        / | No. CR 00-00102-01 JSW<br><br>**REASSIGNMENT ORDER** |

GOOD CAUSE APPEARING THEREFOR, IT IS ORDERED that this case is reassigned to the Honorable Jeffrey S. White for all further proceedings.

Counsel are instructed that all future filings shall bear the new initials JSW immediately after the case number.

Dated: March 26, 2007

                                            JEFFREY S. WHITE
                                          UNITED STATES DISTRICT JUDGE

cc: Intake