IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|     Plaintiff, | No. CR 00-00102-1 JSW |
| v. | **ORDER REQUIRING RESPONSE FROM GOVERNMENT ON DEFENDANT'S MOTION FOR RECONSIDERATION** |
| AARON JOHNSON, | |
|     Defendant. | |

The Court has received Defendant's Motion for Reconsideration of Detention Order. Although Defendant did not file a motion requesting that the motion be heard on shortened time, the Court finds that an expedited response from the Government is warranted. Accordingly, the Government is HEREBY ORDERED to file a response to the motion by no later than 11:00 a.m. on Wednesday, March 28, 2007.

It IS FURTHER ORDERED that all future filings in this case shall be electronically filed.

**IT IS SO ORDERED.**

Dated: March 26, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE